| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number **09−34380−dof** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/18/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert G. Carlson
aka Bob Carlson
3438 Lakewood Shores Drive
Howell, MI 48843

| Case Number:<br>**09−34380−dof** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2022 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>John C. Lange<br>Gold, Lange & Majoros, PC<br>24901 Northwestern Hwy.<br>Suite 444<br>Southfield, MI 48075<br>Telephone number: (248) 350−8220 | Bankruptcy Trustee (name and address):<br>Samuel D. Sweet<br>P.O. Box 757<br>Ortonville, MI 48462−0757<br>Telephone number: 248−236−0985 |

## Meeting of Creditors
Date: **September 24, 2009**  Time: **02:00 PM**
Location: **600 Church Street, Room G−19, Federal Building, Flint, MI 48502**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/23/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>226 West Second Street<br>Flint, MI 48502<br>Telephone number: 810−235−4126 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
|---|---|
| Hours Open: Monday − Friday 08:30 AM − 4:00 PM | Date: 8/19/09 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 20 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

# CERTIFICATE OF NOTICE

```
District/off: 0645-4          User: adeld                 Page 1 of 3              Date Rcvd: Aug 19, 2009
Case: 09-34380                Form ID: b9a                Total Noticed: 150


The following entities were noticed by first class mail on Aug 21, 2009.
db          +Robert G. Carlson,    3438 Lakewood Shores Drive,    Howell, MI 48843-7876
tr           Samuel D. Sweet,    P.O. Box 757,    Ortonville, MI  48462-0757
17850032    +ADP, Inc. Retirement Services,    71 Hanover Road MS 580,    Florham Park NJ 07932-1502
17850042    +AT&T 810-2279606,    Bill Payment Center,    Saginaw MI 48663-0001
17850043    +AT&T 8102278969,    Bill Payment Center,    Saginaw MI 48663-0001
17850044    +AT&T Advertising,    P.O. Box 8112,    Aurora IL 60507-8112
17850026    +Absopure Water Company,    P.O. Box 701760,    Plymouth MI 48170-0970
17850027    +Abtek Card Services,    5841 Andersonville Road,    Waterford MI 48329-1509
17850028     Accurate Lock & Hardware,    Annie Place,    Stamford CT 06902
17850029    +Aco Hardware,    16293 Collections Center Drive,    Chicago IL 60693-0003
17850030    +Act Now Alarm Service, Inc.,    20874 Colman,    Clinton Township MI 48035-4031
17850031    +Adagio, Inc.,    6353 West Rogers Circle,    Boca Raton FL 33487-2757
17850033    +Advanced Plumbing & Heating Supply,    1977 E. W. Maple Road,    Walled Lake MI 48390-3823
17850034     Advanta Bank Corp,    PO Box 8088,    Philadelphia PA 19101-8088
17850035    +Altmans,    1201 W. Francisco St.,    Torrance CA 90502-1207
17850036    +American Nail Plate Lighting, Inc.,    9044 Del Nar,    Montclair CA 91763-1627
17850037    +Anne At Home,    150 Dupont Drive,    Providence RI 02907-3104
17850038    +Aquabrass,    5553 Anglers Ave.,    Suite 116,    Fort Lauderdale FL 33312-6655
17850039    +Arch Aluminum & Glass Co., Inc.,    P.O. Box 676109,    Dallas TX 75267-6109
17850040    +Architectural Glass Effects,    215 Pennsylvania Ave.,    Paterson NJ 07503-2120
17850041    +Arroyo Craftsman,    4509 Little John Street,    Baldwin Park CA 91706-2239
17850045    +B.A.P.I.,    13301 Northend Ave.,    Oak Park MI 48237-3241
17850046     BainUltra, Inc.,    956 Chemin,    Saint Nichols, Quebec G7A 2N1,    Canada
17850047    +Baldwin Hardware Corporation,    13212 Collections Center Dr.,    Chicago IL 60693-0132
17850048     Bankruptcy Estate of Carlson Glass Inc,    c/o Samuel D. Sweet,    P.O. Box 757,
              Ortonville MI 48462-0757
17850049    +Barclay Products Limited,    4000 Porett Drive,    Gurnee IL 60031-1273
17850050    +Barracuda Manufacturing, LLC.,    48230 West Road,    Wixom MI 48393-3675
17850051    +Blue Prints ETC,    8105 Grand River Avenue,    Brighton MI 48114-9375
17850052    +Boyle & Chase,    P.O. Box 74,    Accord MA 02018-0074
17850053    +Burns Architectural Sales,    929 E. 23rd Street,    Indianapolis IN 46205-4503
17850054     C.H.M., Inc. Custom Hardware,    P.O. Box 8458,    Keokuk IA 52632
17850055    +C.R. Laurence,    P.O. Box 58923,    Los Angeles CA 90058-0923
17850062    +COLE & Co.,    1254 Round Table Drive,    Dallas TX 75247-3504
17850056    +Cal Crystal,    1130 Burnett Ave., Ste. Q,    Concord CA 94520-5639
17850057    +Carlson Glass, Inc.,    d/b/a Carlson Design Products,    5283 S. Old US 23,
              Brighton MI 48114-7523
17850058     Century Bath Work,    2580 Lackawanna Ave.,    Little Falls NJ 07424
17850061    +Co-Op Services Credit Union,    PO Box 51700,    Livonia MI 48151-5700
17850063    +Colonial Bronze,    P.O. Box 207,    Torrington CT 06790-0207
17850064    +Comcast,    P.O. Box 3005,    Southeastern PA 19398-3005
17850065    +Consumers Energy,    Bankruptcy Department,    4600 Coolidge Hwy,    Royal Oak MI 48073-1676
17850066    +Craftsman Fabricated Glass,    4822 Southerland Road,    Houston TX 77092-3024
17850067    +Cree LED Lighting Solutions, Inc.,    P.O. Box 934895,    Atlanta GA 31193-4895
17850068    +Cucina,    931 W. 19th Street,    Chicago IL 60608-3411
17850069    +Danze, Inc.,    5674 Payshere Circle,    Chicago IL 60674-0056
17850071    +DeRose Designs,    1524 Enterprise Road,    Corry PA 16407-8576
17850070    +Deltana,    10820 N.W. 29th Street,    Miami FL 33172-2149
17850072    +Dornbracht,    c/o Desdner Bank AG,    1301 Avenue of the Americas,    New York NY 10019-6022
17850073    +Double Hill/SDH,    2731 E. Regal Park Drive,    Anaheim CA 92806-2417
17850075     Duschqueen, Inc.,    461 N. Main Street,    Wyckoff NJ 07481
17850076    +Easton Telecom Services,    P.O. Box 2806,    Buffalo NY 14240-2806
17850078    +Elkay,    P.O. Box 73606,    Chicago IL 60673-0001
17850079    +Fanimation, Inc.,    10983 Bennett Parkway,    Zionsville IN 46077-9187
17850080    +Farm Bureau Insurance,    7373 West Saginaw Highway,    Box 30400,    Lansing MI 48917-1103
17850081     Farmers New World Life Insurance,    400 N. Main Street,    Winona MN 55987
17850082    +Fastenal Company,    P.O. Box 978,    Winona MN 55987-0978
17850083    +Ferguson Enterprises, Inc.,    P.O. Box 644054,    Pittsburgh PA 15264-4054
17850084    +Fine Art Lamps,    5770 Miami Lakes Drive East,    Hialeah FL 33014-2418
17850085    +First Telecommunications Corp.,    P.O. Box 660831,    Dallas TX 75266-0831
17850086    +Forecast Lighting,    P.O. Box 415361,    Boston MA 02241-0001
17850087    +Frankenmuth Mutual,    1 Mutual Avenue,    Frankenmuth MI 48787-0001
17850088    +Fuelman,    P.O. Box 105080,    Atlanta GA 30348-5080
17850089    +Fusion Hardware Group, Inc.,    3145 Northwoods Parkway,    Building 100,    Norcross GA 30071-4797
17850090    +G.E. Polymershapes,    Business Unit 6014,    4168 Collections Center Drive,
              Chicago IL 60693-0041
17850091    +Gambka & Company, P.C.,    4057 Pioneer, Suite 500,    Walled Lake MI 48390-1363
17850092    +Gannett Michigan Newspapers,    323 E. Grand River,    P.O. Box 320-T,    Howell MI 48843-2322
17850093    +George Kovacs,    P.O. Box 650,    Corona CA 92878-0650
17850094     Get a Grip,    8283 West Cliff Lane,    Denver CO 80227
17850095    +Ginger,    P.O. Box 101109,    Atlanta GA 30392-1109
17850096    +Glass & Mirror Crafts,    48230 West Road,    Wixom MI 48393-3675
17850097    +Golden Lighting,    2851 Industrial Plaza Dr.,    Tallahassee FL 32301-3561
17850098    +Great Lakes Automatic Door, Inc.,    2423 Goodrich,    Ferndale MI 48220-1440
17850099    +Green Street Details,    8900 NE Vancouver Way,    Portland OR 97211-1350
17850100    +Hamilton Decorative,    31 East 32nd St. 11th Floor,    New York NY 10016-5509
17850101    +Hansgrohe, Inc.,    P.O. Box 101319,    Atlanta GA 30392-1319
17850102    +Harris, N.A.,    P.O. Box 660310,    Sacramento CA 95866-0310
17850103    +Hickory Hardware,    3438 Briley Park Blvd. N.,    Nashville TN 37207-2300
17850104    +Hinkley Lighting,    P.O. Box 72062,    Cleveland OH 44192-0002
17850105    +Hubbardton Forge,    P.O. Box 827, Soute 30,    Castleton VT 05735-0827
17850106    +Hudson Valley Lighting, Inc.,    106 Pierces Road,    P.O. Box 7459,    Newburgh NY 12550-9370
17850107    +Humana,    1100 Employers Blvd.,    Green Bay WI 54344-0001
```

```
17850108     +Illuminating Experience, Inc.,    P.O. Box 299,    Wayne NJ 07474-0299
17850109     +Italbrass Group, Inc.,    32 Tioga Way,    Marblehead MA 01945-1583
17850111     +JLM Wholesale, Inc.,    3095 Mullins Ct.,    Oxford MI 48371-1643
17850110     +Jetta Corp.,    425 Centennial Blvd.,    Edmond OK 73013-3732
17850112      Julien,    935 Rue Lachance,    Quebec, QC  G1P 2H3,    Canada
17850113     +Justice Design Group,    261 South Figueroa St.,    Suite 450,    Los Angeles CA 90012-1872
17850114     +Kallista, Inc.,    P.O. Box 91283,    Chicago IL 60693-1283
17850115     +Kichler Lighting,    P.O. Box 71323,    Columbus OH 43271-0001
17850116     +Kimball & Young, Inc.,    6368 Clark Ave.,    Dublin CA 94568-3036
17850117     +Laforge,    1060 Illinois St.,    San Francisco CA 94107-3120
17850118     +Le Bijou Collection,    8150 NW 64th Street,    Miami FL 33166-2724
17850119     +Lighting Bug, Ltd.,    d/b/a LBL Lighting,    88751 Expedite Way,    Chicago IL 60695-0001
17850120     +Lithonia,    c/o Acuity Lighting Group,    P.O. Box 100863,    Atlanta GA 30384-0863
17850121     +Meyda Tiffany,    One Meyda Fine Place,    55 Oriskany Blvd.,    Yorkville NY 13495-1327
17850122     +Mica Lamp Company,    517 State Street,    Glendale CA 91203-1523
17850123     +Michael Aram, Inc.,    2102 83rd Street,    North Bergen NJ 07047-4743
17850124     +Michael D. Carlson,    3702 E. Coon Lake Road,    Howell MI 48843-9431
17850125     +Michigan Commerce Bank,    8700 N. 2nd St.,    Brighton MI 48116-1290
17850126     +Michigan Design Centers,    1700 Stutz Dr. #25,    Troy MI 48084-4502
17850127     +Micro Works Computing, Inc.,    9864 E. Grand River Ave.,    Suite 110 #327,
               Brighton MI 48116-1999
17850128     +Mid Michigan Metals, LLC.,    5079 Canterbury,    Brighton MI 48114-7673
17850129     +Minka Aire,    P.O. Box 650,    Corona CA 92878-0650
17850130     +Minka Lavery Lighting,    P.O. Box 650,    Corona CA 92878-0650
17850131     +Modern Objects,    300 Long Beach Boulevard,    Stratford CT 06615-7163
17850132     +Mountain Plumbing Products,    1351 Metropolitan Aenue,    Paulsboro NJ 08066-1824
17850134     +National Specialty Lighting,    1753 Boxelder Street,    Louisville CO 80027-3009
17850135     +Native Trails,    4173 Santa Fe Road,    Suite A,    San Luis Obispo CA 93401-8185
17850136     +Natural Knobs, Inc.,    P.O. Box 15286,    Bradenton FL 34280-5286
17850137     +North Shore Village Association,    P.O. Box 65734,    Phoenix AZ 85082-5734
17850138     +Notting Hill Decorative Hardware,    P.O. Box 1376,    Lake Geneva WI 53147-6376
17850139     +Nulco Lighting,    30 Beecher St.,    Pawtucket RI 02860-1805
17850140     +Oceana,    215 North Fourth Street,    P.O. Box 99,    Jeannette PA 15644-0099
17850141     +Old Town Investments,    11488 Narin Drive,    Brighton MI 48114-8622
17850142     +Oldcastle Glass,    Dept. L-1168,    Columbus OH 43260-0001
17850144     +PDC Glass of Michigan, Inc.,    23187 Network Place,    Chicago IL 60673-1231
17850143     +Pay Systems,    16000 West Nine Mile Road,    Suite 302,    Southfield MI 48075-4835
17850145     +Progress Lighting,    P.O. box 7777-W1010,    Philadelphia PA 19175-0001
17850146     +Pullware,    115 Main Street, Suite 12,    Monroe CT 06468-1662
17850147     +Quorum International,    P.O. Box 961008,    Fort Worth TX 76161-0008
17850148     +Ramco, Inc.,    9751 Erwin,    Detroit MI 48213-1103
17850149     +Rocky Mountain Hardware,    P.O. Box 4108,    Hailey ID 83333-4108
17850150      Rohl, Inc.,    3 Parker,    Beardstown IL 62618
17850151     +Ronald A. Carlson,    1111 Tracilee Drive,    Howell MI 48843-7812
17850152     +Safti Glass Distributors, Inc.,    715 E. South Boulevard,    Rochester MI 48307-5362
17850153     +Samuel Health & Sons, PLC.,    111 East 39th Street,    Suite 2R,    New York NY 10016-0951
17850154     +Savoy House,    P.O. box 999,    Braselton GA 30517-0017
17850155     +Soko,    45 Williams Avenue,    San Francisco CA 94124-2617
17850156     +Sonia America, Inc.,    10380 N. W 53rd St.,    Sunrise FL 33351-8036
17850157     +Southern Aluminum Finishing Co.,    P.O. Box 102374,    Atlanta GA 30368-2374
17850158     +Standard Electric,    2150 Pless Drive,    Brighton MI 48114-9402
17850159     +Staples Credit Plan,    Dept. 82 - 0002695476,    P.O. Box 689020,    Des Moines IA 50368-9020
17850160     +Tech Lighting Company,    7400 Linder Ave.,    Skokie IL 60077-3219
17850161     +Tubelite, Inc.,    NW 5568,    P.O. Box 1450,    Minneapolis MN 55485-1450
17850164     +US Aluminum,    6969 W. 73rd Street,    Chicago IL 60638-6092
17850165     +USF Holland,    27052 Network Place,    Chicago IL 60673-1270
17850162     +United Parcel Services,    Lockbox 577,    Carol Stream IL 60132-0001
17850163     +Urban Archaeology,    143 Franklin Street,    New York NY 10013-2915
17850166     +Uttermost,    P.O. Box 79086,    Baltimore MD 21279-0086
17850167     +Valli & Valli (U.S.A.) Inc.,    150 East 58th Street,    4th Floor,    New York NY 10155-0008
17850169     +Vicenza,    1106 West Isabel Street,    Burbank CA 91506-1406
17850170     +Villeroy & Boch,    P.O. Box 26534,    New York NY 10087-6534
17850171     +Waste Management,    P.O. Box 9001054,    Louisville KY 40290-1054
17850172     +Waterstone,    26790 Madison Avenue,    Murrieta CA 92562-8905
```

The following entities were noticed by electronic transmission on Aug 20, 2009.
```
aty           +E-mail/Text: glmecf@glmpc.com                              John C. Lange,    Gold, Lange & Majoros, PC,
               24901 Northwestern Hwy.,    Suite 444,    Southfield, MI 48075-2223
17850059     +EDI: CHASE.COM Aug 19 2009 19:21:00       Chase Bank,    3415 Vision Drive,    Columbus OH 43219-6009
17850060     +EDI: CHASE.COM Aug 19 2009 19:21:00       Chase Bank USA NA,    800 Brooksedge Blvd.,
               Westerville OH 43081-2822
17850074     +EDI: DTEE.COM Aug 19 2009 19:19:00       DTE Energy,    PO Box 2859,    Detroit MI 48260-0001
17850077     +E-mail/Text: danielle@elklighting.com                              Elk Lighting,    12 Willow Lane,
               Nesquehoning PA 18240-1228
17850133     +E-mail/Text: MHARDER@GENERATION-BRANDS.COM                              Murray Feiss,
               P.O. Box 26080,    New York NY 10087-6080
17850168     +EDI: AFNIVZWIRE.COM Aug 19 2009 19:20:00       Verizon Wireless,    1515 Woodfield Road,
               Suite 1400 / Bankruptcy,    Schaumburg IL 60173-5497
                                                                                               TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2009**                    **Signature:**    *Joseph Speetjens*